PRITCHETT *v.* DETROIT, JACKSON & CHICAGO RAILWAY CO.

ESTATES OF DECEDENTS — NEGLIGENCE—PLEADING—JOINDER OF COUNTS.

The rule in the preceding case of *Carbary* v. *Detroit United Railway, ante,* 683, is followed.

Certiorari to Washtenaw; Kinne, J.   Submitted June 10, 1909.   (Docket No. 38.)   Decided September 21, 1909.

Case by Maude J. F. Pritchett, administratrix of the estate of Asa Pritchett, deceased, against the Detroit, Jackson & Chicago Railway Company for the negligent killing of plaintiff's intestate.   A declaration was filed joining a count under the survival act with a count under the death act.   An order overruling a demurrer to the declaration is reviewed by the defendant on writ of certiorari.   Affirmed.

HOOKER, J.   This case is within the rule laid down in the recently decided case of *Carbary* v. *Railway, ante,* 683 (122 N. W. 367).

The order overruling defendant's demurrer is affirmed.

GRANT, MONTGOMERY, OSTRANDER, and MOORE, JJ., concurred.